# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN KENNEDY,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:07-CV-00031-LRH-(VPC)

**ORDER**

    Respondents have submitted a Motion for Enlargement of Time (Fourth Request) (#15). The Court will grant this request, but, with this additional time, around six (6) months will have passed from when the Court directed Respondents to respond to the Petition (#7). Expeditious resolution of this action serves everyone well. If counsel for Respondents will be unable to meet this deadline, then he should take steps to ensure that another member of his office can respond to the Petition (#7) on time.

    Petitioner has submitted a Motion for a Response (#16). Given the Court's disposition of Respondents' Motion (#15), the Court will deny Petitioner's Motion (#16) as moot.

    IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (Fourth Request) (#15) is **GRANTED**. Respondents shall have through September 24, 2007, to file and serve an answer or other response to the Petition for a Writ of Habeas Corpus (#7).

///

///

///

1    IT IS FURTHER ORDERED that Petitioner's Motion for a Response (#16) is
2 **DENIED** as moot.
3    DATED this 24th day of August, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE