# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN KENNEDY,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:07-CV-00031-LRH-(VPC)

**ORDER**

    Petitioner having submitted a Motion for Enlargement of Time to File in Forma Pauperis on Appeal (#29), and good cause appearing;

    IT IS THEREFORE ORDERED that Petitioner's Motion for Enlargement of Time to File in Forma Pauperis on Appeal (#29) is **GRANTED**. Petitioner shall have through June 1, 2009, to file an application to proceed in forma pauperis on appeal or to pay the appellate filing fee of $455.

    DATED this 19th day of May, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE